# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARRELL LEE

NO. 2022 KW 0092

APRIL 8, 2022

---

In Re:    Darrell Lee, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 86-FELN-006965.

---

BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.

**WRIT DENIED ON THE SHOWING MADE.** Relator has failed to carry his burden of proving that he was convicted by a non-unanimous jury verdict. See La. Code Crim. P. art. 930.2. See **State v. Clarke,** 2021-1570 (La. App. 1st Cir. 2/14/22), 2022 WL 444398 (unpublished).

**PMc**
**MRT**

**Welch, J.,** concurs. Relator again failed to include documentation showing that he was convicted by a non-unanimous jury such as the jury polling, the court minutes, or the relevant portion of the trial transcript, and he failed to include a copy of the State's response to the application for postconviction relief. Therefore, I cannot adequately review the district court's ruling on his application for postconviction relief.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT